United States District Court
District of Massachusetts

|  |  |
|---|---|
| Gabriel de Paula Junior, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>David Wesling et al., )<br>)<br>Respondents. )<br>) | Civil Action No.<br>26-cv-10012-NMG |

**ORDER**

**GORTON, J.**

This case arises from the petition for writ of habeas corpus (Docket No. 1) of petitioner Gabriel de Paula Junior ("petitioner" or "de Paula Junior"). He contends that David Wesling and other named respondents ("respondents") have refused to grant him a bond hearing on the basis of his detention pursuant to 8 U.S.C. §1225(b)(2), despite his contention that he is eligible for such a hearing under §1226(a).

For the reasons set forth in Sampiao v. Hyde, No. 1:25-CV-11981-JEK, 2025 WL 2607924 (D. Mass. Sept. 9, 2025), Lema Zamora v. Noem, No. 25-cv-12750-NMG, 2025 WL 2958879 (D. Mass. Oct. 17, 2025) and Lopez-Monteros v. Hyde, No. 25-cv-12629-NMG (D. Mass. Oct. 27, 2025), the petition for writ of habeas corpus (Docket No. 1) is **ALLOWED**. The Court directs that de Paula Junior is to be released unless he is afforded a bond hearing that complies

-1-

with the standards in Hernandez-Lara v. Lyons, 10 F.4th 19 (1st Cir. 2021), within seven days of the date of this order.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
Senior United States District Judge

Dated: January 16, 2026